DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. SHIRLEY

No. 55 PC.

Case below: 12 N.C. App. 440.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.

UPTON v. UPTON

No. 68 PC.

Case below: 12 N.C. App. 579.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 December 1971.

UTILITIES COMM. v. TELEPHONE CO.

No. 76 PC.

Case below: 12 N.C. App. 543.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 December 1971.